UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KURELL BROWN,

               Plaintiff,

      -against-

JAHNAH FERGUSON,

              Defendant.

25-CV-5066 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff initiated this action *pro se* by submitting a complaint and an application to proceed *in forma pauperis* ("IFP"). For the reason set forth below, the Court directs Plaintiff to resubmit his complaint and to file an amended IFP application.

### DISCUSSION

**A.    Address**

In Plaintiff's complaint, he asks that his mailing address, which is included in his complaint and IFP application, be omitted from the public docket. Plaintiff provided the court with his email address, but he did not complete a consent to electronic service. The Clerk's Office opened the action, restricting electronic access to the complaint and IFP application.

Accordingly, the Court directs Plaintiff to resubmit his complaint, omitting his mailing address, so that the complaint may be filed on the public docket. The Clerk's Office is directed to replace the restricted complaint with the replacement complaint. The Court also directs Plaintiff to complete the attached consent to electronic service so that Plaintiff may receive copies of all filings. If Plaintiff does not complete the consent form, the Clerk's Office will mail court orders to Plaintiff.

B.  **IFP Application**

In Plaintiff's IFP application, he states that he had submitted an affidavit in support of his application, setting forth his financial circumstances. Plaintiff did not, however, submit the affidavit. The Court therefore directs Plaintiff to complete, sign, and file the attached amended IFP application. Plaintiff should omit his mailing address, so that the application may be filed on the public docket as an amended IFP application.

## CONCLUSION

Accordingly, within 30 days of the date of this order, Plaintiff must resubmit his complaint, omitting his mailing address, so that the complaint may be filed on the public docket. The Clerk's Office is directed to replace the restricted complaint with the replacement complaint.

The Court also directs Plaintiff to complete the attached consent to electronic service so that Plaintiff may receive copies of all filings. If Plaintiff does not complete the consent form, the Clerk's Office will mail court orders to Plaintiff.

Finally, the Court directs Plaintiff to complete, sign, and file the attached amended IFP application. Plaintiff should omit his mailing address so that the application may be filed on the public docket as an amended IFP application. If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1). If Plaintiff does not file a completed amended IFP application within the time allowed, the action will be dismissed.

Plaintiff's replacement complaint and amended IFP application should be labeled with docket number 25-CV-5066 (LTS).

No summons shall issue at this time.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   July 29, 2025
             New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

_____   _____   _____   _____
Address              City          State         Zip Code

_____   _____
Telephone Number              E-mail Address

_____   _____
Date                          Signature

**Click Here to Save**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

_____

_____

(full name(s) of the defendant(s)/respondent(s))

____ CV ____ ( ) ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

## AMENDED APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*  ☐ Yes  ☐ No  (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution?  ☐ Yes  ☐ No
   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?  ☐ Yes  ☐ No
   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____

   If "no," what was your last date of employment? _____

   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment   ☐ Yes   ☐ No
   (b) Rent payments, interest, or dividends            ☐ Yes   ☐ No

|  |  |  |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts or inheritances | ☐ Yes | ☐ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☐ No |
| (g) Any other sources | ☐ Yes | ☐ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

_____    _____
Dated                            Signature

_____    _____
Name (Last, First, MI)           Prison Identification # (if incarcerated)

_____    _____
Address            City          State          Zip Code

_____    _____
Telephone Number                 E-mail Address (if available)